```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
PATRESE MAGWOOD; PERRY BRADLEY;                              :
EUGENE JOHNSON; JASMINE BRADLEY;                             :
and LAWRENCE BRADLEY,                                        :
                                                             :
                    Plaintiffs,                              :      16-cv-3566 (KBF)
                                                             :
           -v-                                               :      ORDER
                                                             :
THE CITY OF NEW YORK; P.O. RANDY                             :
HENRIQUEZ (TAX 952842); and SERGEANT                         :
WILLIE BRIGGS (TAX 933555),                                  :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ X
```

|  |
|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: December 13, 2016 |

KATHERINE B. FORREST, District Judge:

The period for which this case was designated to participate in the Southern District of New York's Local Civil Rule 83.10 (formerly known as the Section 1983 Plan) (the "Plan") has expired. (See ECF No. 10.) The parties shall submit a letter to the Court not later than **Tuesday, December 20, 2016** informing as to whether settlement is imminent.

If it is not, this matter shall be immediately removed from the Plan and placed on a trial calendar.

SO ORDERED.

Dated:   New York, New York
         December 13, 2016

                                    _____
                                         KATHERINE B. FORREST
                                         United States District Judge